AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

LAMONTE RASHAWN WILLIS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Criminal Case Number: 2:14cr178-3
Civil Case Number: 2:17cv199

## JUDGMENT

[X] **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's Motions to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 U.S.C. 2255, is DENIED.

FERNANDO GALINDO, CLERK

April 11, 2018      By: /s/ J. Rinehart
                                                      Deputy Clerk