# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FERNANDO GALINDO<br>CLERK OF COURT | MARK S. DAVIS<br>CHIEF JUDGE |

September 2, 2020

Lamonte Rashawn Willis-#85044-083
FCI Petersburg Low
Federal Correctional Institution
P.O. Box 1000
Petersburg, VA 23804

      Re:    United States of America v. Lamonte Rashawn Willis
                  Case No. 2:14cr178

Dear Mr. Willis:

      The Clerk's Office is prohibited from providing legal advice regarding how to proceed regarding your case. Please present any motions/requests for the Court to consider in writing and if necessary, seek legal counsel for assistance.

Very truly yours,

FERNANDO GALINDO, CLERK

By: _____/s/_____
              Deputy Clerk